# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00263-CR

**Michael Anthony Collins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. 515494, HONORABLE MIKE DENTON, JUDGE PRESIDING

The county court at law found appellant Michael Anthony Collins guilty of assault. *See* Tex. Penal Code Ann. § 22.01 (West Supp. 2000). The court assessed punishment at incarceration for ninety days and a $1000 fine, but suspended imposition of sentence and placed appellant on community supervision.

Appellant is not indigent and is represented by retained counsel. The appeal is before us without a reporter's record because appellant made no arrangement to pay the court reporter. *See* Tex. R. App. P. 35.3(b), 37.3(c). Counsel has filed a brief concluding that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *see also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Counsel brings forward one arguable point of error, urging that appellant did not receive reasonably effective assistance of counsel at trial. Without a reporter's record, this point presents nothing for review.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. The judgment of conviction is affirmed.


_____                    _____

                                           Mack Kidd, Justice

Before Justices Jones, Kidd and Yeakel

Affirmed

Filed:   September 21, 2000

Do Not Publish

2